IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DATE:

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Represented by Linda Lipe | Judge James M. Moody<br>Court Reporter: Genie Power<br>Clerk: Mary Ann Rawls |
| vs.    Case No. 4:97cr00016-001 JMM | USPO: Reginald Hollins |
| ANTONIO ARBECK HARRIOTT<br>    Represented by Lisa Peters, AFPD | |

CLERK'S MINUTES - Continuation of Revocation Hearing (Doc. #29)

Time began: 3:15

Defendant appeared with counsel for final revocation hearing.

Court reviews history of case and motion.

Response by US and Defendant heard.

Court finds that Deft violated Condition 9 - that his arrest on 1/8/07 is proof beyond a reasonable doubt that he was associating with persons engaged in criminal activity

JUDGMENT: 8 months imprisonment followed by 1 year supervised release and the remaining balance of unpaid restitution in the amount of $2,756.00 is reimposed. To report on 4/2/07 by 2:00 p.m. at designated institution.

Time ended: 3:52